UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**J. KELLY KENNEDY, Personal
Representative of Estate of Robert Leon
Kennedy, Jr., et al.,**

    **Plaintiffs,**

v.                                              Case No.  8:07-cv-1348-T-30EAJ

**STRYKER CORPORATION OF
MICHIGAN, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

    The Court has been advised by defense counsel James Murray that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on October 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1348.dismissal.wpd